IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WILLIE THOMAS FORD,**

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. **3:20CV887**

**TAMMY B. WILLIAMS,** *et al.*,

    Defendants.

### MEMORANDUM OPINION

Plaintiff, a Virginia inmate, submitted this action and requested leave to proceed *in forma pauperis*. The pertinent statute provides:

> In no event shall a prisoner bring a civil action [*in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Plaintiff has at least three other actions or appeals that have been dismissed as frivolous or for failure to state a claim. *See, e.g., Ford v. Saunders*, No. 97–6626, 1998 WL 237702, at *1 (4th Cir. May 13, 1998); *Ford v. Brown*, No. 3:18CV446, 2019 WL 1510325, at *4 (E.D. Va. Apr. 5, 2019), *appeal dismissed*, No. 19-6505, 2019 WL 5188527 (4th Cir. June 13, 2019). Plaintiff's current complaint does not suggest that he is in imminent danger of serious physical harm. Although the record indicates that Plaintiff tested positive for the Coronavirus on October 19, 2020, Plaintiff fails to indicate that he is not receiving adequate medical care in conjunction with that illness. Accordingly, Plaintiff's request to proceed *in forma pauperis* is DENIED. The action will be DISMISSED WITHOUT PREJUDICE. If Plaintiff wishes to

proceed with this action, he may submit a new complaint with the full $400 filing fee. The Court will process such a complaint as a new civil action.

An appropriate Order shall accompany this Memorandum Opinion.

It is so ORDERED.

Date: 17 December 2020
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge